UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA HOPSON,<br><br>          Plaintiff,<br><br>    v.<br><br>PRB MANAGEMENT LLC, as itself and dba as Taco Bell #18799; PHILLIP BASRA, as an individual and dba Taco Bell #18799; RITA BASRA, as an individual and dba Taco Bell #18799; and DOES 1-10, inclusive,<br><br>          Defendants. | No.  2:15-cv-01162-GEB-CKD<br><br>**ORDER RE: SETTLEMENT AND DISPOSITION** |

        Plaintiff filed a "Notice of Settlement" on June 26, 2015, in which she states, "the lawsuit has been tentatively settled[, and] . . . requests forty-five (45) days in which to file the dismissal in order to ensure that parties are able to perform under the terms of the settlement agreement." (Pl.'s Notice Settlement, ECF No. 5.)

        Therefore, a dispositional document shall be filed no later than August 10, 2015. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed.  See E.D. Cal.

1

R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

IT IS SO ORDERED.

Dated: June 29, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge